Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CSNK WORKING CAPITAL FINANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> NEXT CREATION HOLDINGS. <br><br> Defendant. | Case No.17-cv-00305-VKD <br><br> **ORDER DISMISSING CASE** |

On February 26, 2018, plaintiff CSNK Working Capital Finance Corp. d/b/a Bay View Funding ("Bay View") notified the Court that this action had conditionally settled. Dkt. No. 65. The Court issued an Order to Show Cause, setting the show cause hearing for May 29, 2018 and requiring the parties to file a response by May 22, 2018. Dkt. No. 66. The parties failed to file a response to the show cause order, and further failed to appear at the hearing. Dkt. No. 68.

On August 31, 2018, the Court issued an Order to Show Cause Why Case Should Not Be Dismissed, advising the parties that it would dismiss the action unless either party filed an objection to dismissal or unless the parties filed a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Dkt. No. 70. Neither party filed objections to dismissal, nor did the parties file a stipulated dismissal.

Both parties have appeared and consented to magistrate judge jurisdiction. Dkt. Nos. 8, 13. The Court therefore DISMISSES the action. All hearings and deadlines are vacated. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

*///*

Dated: September 19, 2018

                                                              Virginia K. DeMarchi
                                                              VIRGINIA K. DEMARCHI
                                                              United States Magistrate Judge